### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

RICKY L BROWN,

    Petitioner,

v.                                                                           CASE NO. 1:15-cv-00168-MP-GRJ

FLORIDA ATTORNEY GENERAL,
SECRETARY DEPARTMENT OF CORRECTIONS,

    Respondents.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 23, 2015. (Doc. 10).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Petitioner has filed objections at Doc. 11.  I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.  Petitioner filed this § 2254 action in 2015, challenging a Florida state conviction from 2001.  Although he filed various state post-conviction actions over the years, more than 1 year passed between several of them, so petitioner admits that his petition is untimely.  Doc. 1, ¶ 18.  He instead argues that he fits within the "actual innocence" exception.  The problem is that he is not arguing that new evidence shows that he is factually innocent of forcible rape, he challenges the legal sufficiency of his conviction for "sexual battery with use of force" versus his charge in the Information of "sexual battery with threat of force."  The Court agrees with the Magistrate Judge that the

Eleventh Circuit is clear that the actual innocence exception is limited to allegations of factual innocence only.  *See, e.g.,* McKay v. U.S., 657 F.3d 1190, 1197 (11th Cir. 2011).  This petition is therefore untimely and does not fit into the actual innocence exception.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition under 28 U.S.C. § 2254 is dismissed with prejudice as untimely.

**DONE AND ORDERED** this  *11th*  day of February, 2016

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
